<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANGELES DEFRANCISCO,<br><br>     *Plaintiff*,<br><br>       v.<br><br>MANZANO et al.,<br><br>     *Defendants*. | Civil Action No. 24-08826<br><br>**OPINION AND ORDER**<br><br>June 3, 2025 |

**SEMPER**, District Judge.

    **THIS MATTER** is before this Court upon Plaintiff Angeles DeFrancisco's ("Plaintiff") motion to serve Defendant Mia Manzano ("Defendant" or "Manzano") by alternate service pursuant to Federal Rule of Civil Procedure (FRCP) 4(e), dated October 23, 2024 (ECF 22, the "Motion"); and

    **WHEREAS** Plaintiff contended that Manzano was intentionally evading service and sought an order to serve Manzano by regular mail pursuant to FRCP 4(e) and New Jersey Superior Court Rule 4:4-4(b) (ECF 22 ¶¶ 9-12); and

    **WHEREAS** Plaintiff requests attorney's fees in connection with Plaintiff's motion (*Id.* ¶ 13); and

    **WHEREAS** on January 29, 2025, Plaintiff filed an affidavit of service of the summons on Manzano, in which a Special Process Server affirmed that he served Manzano on January 13, 2025 at her usual place of abode by leaving a true and correct copy of the summons, corrected

Complaint, demand for a jury trial, certification pursuant to Local Rule 11.2, and civil cover sheet with Manzano's co-resident (ECF 83); and

**WHEREAS** Plaintiff's Motion is now moot following service of process on Manzano in accordance with FRCP 4(e)(2)(B) (*see* ECF 83); and

**WHEREAS** Plaintiff did not provide the Court with the amount of attorney's fees it seeks or the grounds upon which it seeks attorney's fees (*see* ECF 22);

**IT IS** on this 3rd day of June, 2025,

**ORDERED** that Plaintiff's motion to serve Defendant Mia Manzano by alternate service (ECF 22) is **TERMINATED** as moot; and it is further

**ORDERED** that Plaintiff's request for attorney's fees related to its motion to serve Defendant Mia Manzano by alternate service (ECF 22) is denied without prejudice.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**UNITED STATES DISTRICT JUDGE**

Orig:   Clerk
cc:     Stacey D. Adams, U.S.M.J.
        Parties